■ Lizac Enterprises, Inc., et al., Respondents, v. Home Insurance Company et al., Defendants, and Washington Heights Federal Savings & Loan Association, Appellant.— Judgment, Supreme Court, Bronx County, entered January 26, 1971, unanimously affirmed, without prejudice to any further action appellant may be advised to pursue. Respondents shall recover of appellant $50 costs and disbursements of this appeal. Concur — Stevens, P. J., Capozzoli, McGivern, Kupferman and Murphy, JJ.